JAMES E. MILLER et al., Appellants, *v.* EDMORE HOMES CORP., Respondent, et al., Defendant.

Argued October 7, 1955; decided October 20, 1955.

*Edward G. Wolff* and *Furman Greene* for appellants.

*Michael Goldberg, Gerard S. Johnson* and *Abraham Apat* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.